**Dismissed and Opinion Filed June 4, 2021**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

_____

## No. 05-09-00492-CV
_____

## SOUTHWESTERN CARRIERS, INC., AND CLYDE SHARPLESS, Appellants
## V.
## DONG K. SIM, ET AL, Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 03-00427**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Nowell

We reinstate this appeal. In 2009, we abated this case due to Southwestern

Carriers, Inc.'s bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an

independent review of the federal Public Access to Court Electronic Records

(PACER) system which shows the bankruptcy case associated with this appeal was

terminated on October 3, 2017, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status

of the bankruptcy and of this appeal. We cautioned that the failure to respond would

result in the appeal being dismissed for want of prosecution. See *id*. 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id*. 42.3(b),(c); *Brewer v. Admiral Ins. Co*., 2002 WL 31312990, at \*1 (Tex. App.—Dallas Oct. 16, 2002, no writ) (per curiam) (not designated for publication).

/Erin A. Nowell//

090492f.p05

ERIN A. NOWELL
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SOUTHWESTERN CARRIERS, INC., CLYDE SHARPLESS, Appellants

No. 05-09-00492-CV        V.

DONG K. SIM, ET AL, Appellees

On Appeal from the 298th Judicial District Court, Dallas County, Texas Trial Court Cause No. 03-00427. Opinion delivered by Justice Nowell. Justices Osborne and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 4th day of June, 2021.